1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **LONNIE CHARLES SHEPPARD,** | ) | **CASE NO. LA CV 16-00077-VBF-PJW** |
| **Petitioner,** | ) | |
| v. | ) | J U D G M E N T |
| DANIEL PARAMO, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.


Dated: November 8, 2016

_Valerie Baker Fairbank_

_____

VALERIE BAKER FAIRBANK
Senior UNITED STATES DISTRICT JUDGE